UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Lawrence Petricca
Debtor

Case No. 08-16204-ALP

### FREDERICK HUTCHINGS' OPPOSITION TO THE MOTION OF TRUSTEE DIANE JENSEN'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LEINS, CLAIMS AND INTEREST
### AND
### REQUEST TO EXTEND THE TIME FOR BIDS BEYOND JANUARY 24, 2010
### AND
### REQUEST FOR A HEARING AND ORAL ARGUMENTS

**Comes Now**, Frederick Hutchings, "the creditor," and hereby opposes the above entitled motion on the grounds that the process for selling the property has been tainted by Ara Eresian, Jr. and Attorney Israel M. Sanchez, Jr. As the process stands right now, it is not fair to all of the creditors. Due diligence has not been done to determine the fair selling price of the subject property. Demetrios G. Venitis is nothing more than a straw for Ara Eresian, Jr. And, Attorney Sanchez is in violation of the Rules of Professional Conduct.

In her motion Trustee Jensen states that she has done due diligence in arriving at the reasonable price of the property which is $5,000.00. The creditor needs to know what due diligence Trustee Jensen did. It is believed that Eresian and Sanchez have misinformed Trustee Jensen about the value of the subject property. The $5,000.00 offered by Eresian's straw Demetrios G. Venitis is outrageous. That property was appraised for $240,000.00 in 1994. The subject property is in Massachusetts and the real estate prices in Massachusetts have not dropped as much as the prices in Florida.

One Demetrios G. Venitis is a "straw" for Ara Eresian, Jr. otherwise he could not have known of the bankruptcy proceedings in Florida. Eresian pleadings have been dismissed from the bankruptcy proceedings. Therefore, the only way Eresian can become involved in the bankruptcy proceedings is through straws. Eresian has delayed, obstruct, and increase everyone's costs throughout these proceedings.

1

John Wilson, is also a straw for Eresian. And, Wilson's pleadings have also been dismissed from the bankruptcy proceedings.

The creditor knows Venitis is a straw for Eresian because Eresian had Venitis filed an involuntary bankruptcy against AME Corp. the day of the trail between AME and Gibson. Eresian did that because he had a very week case and did not want to go to trial.

Additionally, Trustee Jensen has been negotiating with Attorney Sanchez, Eresian's attorney, for some time giving Eresian an unfair advantage in the process. As of this date, the rest of the creditors have not even had the opportunity to discuss the process with Trustee Jensen, while Eresian has his straw in place, Venetis. Attorney Gregory A. Hession, who represents Petricca, the debtor, Waldo J. Gibson, Sr., a creditor, and Richard Krupa the owner of the property, has not been involved in the process what so ever.

Attorney Sanchez is in violation of the Rules of Professional Conduct. Sanchez represented Petricca against JW Nominee Trust, and Eresian, in the underline action which is the basis for judgment held by JW Nominee Trust. Now Sanchez represents JW Nominee Trust against Petricca. Instead of Sanchez being barred from this case, he has been rewarded by being involved in the sale process and obtaining an unfair advantage for Eresian.

The date for submitting bids should be extended 30 days to give all the other creditors a fair chance to do their due diligence. I received my copy of Trustee Jensen's motion to sell real estate on January 11, 2010. The date to submit bids is January 24, 2010, which gives me only 13 days notice. The date should be extended 30 days to be fair to all the creditors not just Sanchez, Eresian and Wilson. Eresian, Sanchez and Wilson have delayed this bankruptcy for 18 months now they want to rush it through and take an unfair advantage of the rest of the creditors.

As further grounds, the creditor states that the subject property is in litigation in Worcester Superior Court, Massachusetts, styled AME Corp. vs. Waldo J. Gibson, Sr., Case No. 98-1514A and there has been no consideration for the parties in that action except Eresian, Wilson and Sanchez.

**WHEREFORE**, the creditor requests that: (1) a hearing be held on Trustee Jensen's motion; (2) that the date for submitting bids be extended to February 24, 2010; and (3) for other an further relief that this Court deems just and fair.

By /s/ Frederick Hutchings
Frederick Hutchings, Pro Se Creditor
94 Pleasant Street
Gardner, MA 01440
Tel. 774-232-9567

1/11/10

2

# CERTIFICATE OF SERVICE

I, Frederick Hutchings., hereby certify that on this day I have served a copy of the foregoing document upon the parties herein listed by postage paid first class mail:

Trustee Diane L. Jensen
P.O. Drawer 1507
Fort Myers, Fl. 33902-1507

Lee Ann Bennett
Clerk of Court
801 N. Florida Ave, Suite 555
Tampa, Fl. 33602-3899

Office of the United States Trustee
United States Trustee-FTM-7
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL. 33602

Waldo J. Gibson, Sr.
94 Pleasant St.
Gardner, MA 01440

Lawrence Petricca, Sr.
2150 Tamiami Trail, # 12-173
Port Charlotte, Fl. 33948

_____
Frederick Hutchings
January 11, 2010